UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ROBERT GALLEGOS, | No. 2:24-cv-02262-DC-CKD (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| S. SHEPHERD, et al. | |
| Defendants. | (Doc. No. 14) |

Plaintiff Benjamin Robert Gallegos, a state prisoner proceeding *pro se* and *in forma pauperis* filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 25, 2025, the magistrate judge filed findings and recommendations recommending Plaintiff's amended complaint be dismissed for failure to state a claim. (Doc. No. 14.) The findings and recommendations were served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (*Id*. at 2.) On March 10, 2025, Plaintiff filed objections to the findings and recommendations. (Doc. No. 15.) Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

1

court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations filed on February 25, 2025 (Doc. No. 14) are ADOPTED in full;

2. Plaintiff's amended complaint (Doc. No. 13) is dismissed; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 10, 2026**

Dena Coggins
United States District Judge

2